1   BENJAMIN B. WAGNER
    United States Attorney
2   PHILIP A. FERRARI
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700
    Facsimile:   (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

8

9                   IN THE UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          CASE NO.  CR. S-01-0419 TLN

13                  Plaintiff,          MOTION TO DISMISS INDICTMENT WITHOUT
                                        PREJUDICE AND RECALL ARREST WARRANT;
14          v.                          **ORDER**

15  ARSHALOUYS CHALIKYAN,

16                  Defendant.

17

18          An indictment was filed in this matter on September 13, 2001, charging the above-referenced

19  defendant with a violation of Title 18, United States Code §§  1347 and 2 [Health Care Fraud and

20  Aiding and Abetting].  (Docket, #1).  An arrest warrant issued on the indictment.  (Docket, #2).  In the

21  more than ten years which have passed since the indictment issued, law enforcement personnel have

22  been unable to apprehend the defendant and have reason to believe she has fled the United States.

23  Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America

24  seeks the leave of this Honorable Court to dismiss the indictment without prejudice.  This motion is

25  based upon the passage of time, limitations of government resources, and the lack of indications the

26  defendant will be apprehended.  The United States also respectfully requests that the arrest warrant be

27  recalled.

28          ///

    MOTION TO DISMISS; ORDER              1

1  Dated:  July 24, 2013                          BENJAMIN B. WAGNER
                                                  United States Attorney
2

3                                                 /s/ Philip A. Ferrari
                                                  PHILIP A. FERRARI
4                                                 Assistant United States Attorney

5

6

7                                 **O R D E R**

8          The United States' motion to dismiss is GRANTED and the indictment (Docket, #1) is ordered

9  DISMISSED WITHOUT PREJUDICE.  The arrest warrant (Docket, # 2) is RECALLED.

10         **SO ORDERED:**

11

12         DATED:  July 26, 2013

13

14                                                 Troy L. Nunley
                                                   United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO DISMISS; ORDER                   2